**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____Southern_____ District of ___Ohio_____
                                   (State)

Case number (*If known*): _____ Chapter __11___

☐ Check if this is an
   amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Magellan Aerospace, Middletown, Inc. |

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)   3 1 – 0 1 9 6 6 5 0

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 2320 Wedekind Drive | |
| Number      Street | Number        Street |
| | P.O. Box |
| Middletown      Ohio      45042 | |
| City      State      ZIP Code | City           State      ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Butler | |
| County | Number        Street |
| | |
| | City           State      ZIP Code |

5. **Debtor's website** (URL)   https://magellan.aero/location/magellan-aerospace-middletown-inc/

Debtor    _____Magellan Aerospace, Middletown, Inc._____     Case number (*if known*)_____
          Name

---

**6.  Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

❏ Partnership (excluding LLP)

❏ Other. Specify: _____

---

**7.  Describe debtor's business**

A. *Check one:*

❏ Health Care Business (as defined in 11 U.S.C. § 101(27A))

❏ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

❏ Railroad (as defined in 11 U.S.C. § 101(44))

❏ Stockbroker (as defined in 11 U.S.C. § 101(53A))

❏ Commodity Broker (as defined in 11 U.S.C. § 101(6))

❏ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply:*

❏ Tax-exempt entity (as described in 26 U.S.C. § 501)

❏ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

❏ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes . _3_ _3_ _6_ _4_

---

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

❏ Chapter 7

❏ Chapter 9

☒ Chapter 11. *Check **all** that apply*:

   ❏ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

   ❏ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ❏ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ❏ A plan is being filed with this petition.

   ❏ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ❏ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ❏ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

❏ Chapter 12

---

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

❏ Yes.   District _____   When _____   Case number _____
                                                MM / DD / YYYY

         District _____   When _____   Case number _____
                                                MM / DD / YYYY

---

Debtor   Magellan Aerospace, Middletown, Inc.

Name

Case number *(if known)*_____

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No

☐ Yes.   Debtor _____   Relationship _____

District _____   When _____

MM / DD / YYYY

Case number, if known _____

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**_____

Number        Street

_____

_____   _____ _____

City        State ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

| | Statistical and administrative information |
|---|---|

---

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☒ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

---

| Debtor | Magellan Aerospace, Middletown, Inc. | Case number (if known) | |
| | Name | | |

| 15. **Estimated assets** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☒ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| 16. **Estimated liabilities** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☒ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| 17. **Declaration and signature of authorized representative of debtor** | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07/22/2026
MM / DD / YYYY

X _Michael I. Goldberg_ (signature)      Michael I. Goldberg
Signature of authorized representative of debtor      Printed name

Title   Independent Director

| 18. **Signature of attorney** | X /s/ Schuyler G. Carroll | Date | 07/22/2026 |
| | Signature of attorney for debtor | | MM / DD / YYYY |

Schuyler G. Carroll
Printed Name
Manatt, Phelps & Phillips, LLP
Firm Name
7 Times Square
Number          Street
New York                                      NY          10036
City                                      State      ZIP Code

(212) 790-4521                          SCarroll@manatt.com
Contact phone                          Email address

2511707                                      New York
Bar number                                      State

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy          page 4

Debtor   Magellan Aerospace, Middletown, Inc.
_____
         Name

Case number *(if known)*_____

**18. Signature of attorney**   ✘ */s/ Ronald E. Gold*
_____   Date   7/22/2026
Signature of attorney for debtor                    _____
                                                    MM   / DD / YYYY

Ronald E. Gold
_____
Printed name
FBT Gibbons LLP
_____
Firm name
301 E. Fourth Street, Suite 3300
_____
Number          Street
Cincinnati                                  OH        45202
_____   _____  _____
City                                        State      ZIP Code

(513) 651-6156                              Rgold@fbtgibbons.com
_____   _____
Contact phone                               Email address

61351                                       Ohio
_____   _____
Bar number                                  State

| Fill in this information to identify the case and this filing: |
|---|
| Debtor Name   Magellan Aerospace, Middletown, Inc. |
| United States Bankruptcy Court for the:  Southern _____ District of __ Ohio _____ |
| (State) |
| Case number (*If known*): _____ |

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  7/22/2026      ✗ _Michael I. Goldberg_ (signature) _____
      MM / DD / YYYY                    Signature of individual signing on behalf of debtor

                                        Michael I. Goldberg
                                        Printed name

                                        Independent Director
                                        Position or relationship to debtor

Official Form 202     Declaration Under Penalty of Perjury for Non-Individual Debtors

**Fill in this information to identify the case:**

Debtor name ___Magellan Aerospace Middletown, Inc.___

United States Bankruptcy Court for the: ___Southern___ District of ___Ohio___
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | The Reynolds Group<br>520 W. 1st Street<br>Tustin, CA 92701 | Alex Dotzer<br>714-730-5397<br>Trujillo@reynolds-group.com | Professional Services | | | | $170,677.63 |
| 2 | Mound Manufacturing Center, Inc.<br>33 Commerce Park Drive<br>Dayton, Ohio 45404 | Al Hodapp<br>937-2368387<br>moundmfgctr@aol.com | Trade | | | | $113,515.00 |
| 3 | Fidelity 401K<br>Po Box 770001<br>Cincinnati, Ohio 45277 | Seamus Mitchell<br>Seamus.Mitchell@morganstanley.com<br>516-336-0763 | Professional Services | | | | $87,583.71 |
| 4 | Duke Energy (Payment Processing)<br>P.O. Box 1094<br>Charlotte, North Carolina 28201 | General Billing<br>duke-energy.com<br>800-774-1202 | Trade | | | | $53,031.04 |
| 5 | MSC Industrial Direct Co., Inc.<br>4738 Payne Avenue<br>Dayton, Ohio 45414 | General Contact<br>mscindustrialsupplyvprr@usbank.com<br>937-274-3750 | Trade | | | | $49,115.60 |
| 6 | CT Security Services<br>2264 Ross States Drive<br>Hamilton, Ohio 45013 | Zack Collins<br>support@ctservingyou.com<br>937-388-4287 | Trade | | | | $49,111.93 |
| 7 | Trimech Enterprise Solutions Corp. (Formerly Adaptive Corporation)<br>49911 Lake Brook Drive<br>Glen Allen, VA 23060 | Marcy McFerran<br>marcy.mcferran@trimech.com<br>248-563-4414 | Trade | | | | $39,151.09 |
| 8 | UMR, Inc.<br>115 W Wausau Ave.<br>Wausau, WI 54401 | Patty Kastenschmidt<br>patty_l_kastenschmidt@umr.com<br>763-361-2850 | Professional Services | | | | $29,790.30 |

Magellan Aerospace, Middletown, Inc.

Debtor _____     Case number (*if known*)_____
        Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | BodyCote (DBA Ellison Surface Technologies) PO Box 208705 Dallasm TX 20841 | Simon Fong simon.fong@bodycote.com 513-770-4948 | Trade | | | | $28,005.86 |
| 10 | Boeing Distribution Services 88289 Expedite Way Chicago, IL 60695 | Michael Pena michael.a.pena@boeing.com 514-693-2334 | Trade | | | | $24,980.07 |
| 11 | Rolled Alloys, Inc. 4806 Thunderbird Lane Fairfield, OH 45014 | Emily Royce eroyce@rolledalloys.com 513-874-2740 | Trade | | | | $23,925.50 |
| 12 | IAM National Pension Fund 99 M S St S. E. Washington DC, 20003 | Toiya Lewis TLewis@iamnpf.org 202-857-3754 Ext.754 | Professional Services | | | | $23,545.74 |
| 13 | MDI of Wisconsin, Inc. DBA Aptyx 2685 Universal St. Oshkosh, WI 54904 | Matt Mailo mailo@aptyx.com 480-389-1822 | Trade | | | | $22,330.00 |
| 14 | United Performance Metals PO Box 934502 Atlanta, GA 31193 | Dani Brinkmann dbrinkmann@upmet.com 513-860-6515 | Trade | | | | $21,949.07 |
| 15 | Custome Design Benefits 5589 Chevoit Rd. Cincinnati, OH 45247 | Marcia Homer mhomer@customdesignbenefits.com 513-389-3761 | Professional Services | | | | $17,672.09 |
| 16 | Partners Personnel Management Services, LLC 3820 State St., Suite B Santa Barbara, CA 93105 | Sherry Bushman Sherry.Bushman@partnerspersonnel.com 307-522-8598 | Professional Services | | | | $15,300.00 |
| 17 | Highspring LLC PO Box 667 Brentwood, CA 94513 | Shannon Iannone shannon.iannone@highspring.com 615-933-0444 | Trade | | | | $14,735.25 |
| 18 | Matheson Tri-Gas, Inc. 2881 Tylersville Rd. Hamilton, OH 45015 | Tom Hosler thosler@us.nipponsanso.com 513-500-6212 | Trade | | | | $14,549.52 |
| 19 | Precision Aerospace Corporation 11155 Jersey Blvd. Rancho Cucamonga, CA 91730 | sblanco@pac.cc 909-980-8855 | Trade | | | | $12,442.00 |
| 20 | Hexagon Manufacturing Intelligence Lockbox 771742 Chicago, IL 60677 | Jennifer.Kesson@Hexagon.com 714-540-8900 | Professional Services | | | | $12,164.00 |

*Chapter 11—List of Equity Security Holders.*

Magellan Aerospace, USA, Inc. -- 100%

Address: 20 Computer Drive, Haverhill, Massachusetts 08132

**LBR Form 1015–2**

Case No._____

### STATEMENT OF RELATED CASES
### INFORMATION REQUIRED BY LOCAL RULE 1015–2
### UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF OHIO

Check the appropriate box(es) with respect to each of the following items and state the required information in the space below.

If any previous bankruptcy case of any kind was filed in any court within the last eight (8) years by or against this debtor or any entity related to the debtor as described below, or if the debtor or any entity related to the debtor as described below has a pending bankruptcy case in any bankruptcy court regardless of when such case was filed, then set forth 1) the name of the debtor, 2) the case number, 3) the date filed, 4) the chapter filed under, 5) the district and division where the case is or was pending, 6) whether the case is open or closed, 7) if the case remains open, whether the case is dismissed, 8) whether a discharge was granted, denied, or revoked, 9) any real estate in the case, 10) the judge assigned to the case, and 11) if the prior case was a case under chapter 13 which was confirmed, paid out and discharged, and the current case is a chapter 7 case, the percentage paid to unsecured creditors in the chapter 13 case.

☑ **None**

☐ This debtor (identical individual, including DBAs, FDBAs)

☐ This debtor (identical business entity)

☐ Spouse of this debtor

☐ Former spouse of debtor

☐ Affiliate(s) of this debtor (see § 101(2) of the Code)

☐ Entity with which this debtor has substantial identity of financial interests or assets

☐ Corporation/LLC if this debtor is or was a major shareholder/member of the corporation/LLC

☐ Major shareholder of this debtor (if this debtor is a corporation)

☐ Partnership, if this debtor is or was a general partner in the partnership

☐ General partner of this debtor (if this debtor is a partnership)

☐ General partner of this debtor (if this debtor is or was another general partner therewith)

| Debtor Name | Case Number | Date Filed | Chapter | Judge Name |
|---|---|---|---|---|
|  |  |  |  |  |

| District/Division | Open/Closed | Dismissed | Discharge | Real Estate | Percentage Paid (if applicable) |
|---|---|---|---|---|---|
|  |  |  |  |  | % |

**I declare, under penalty of perjury, that the foregoing is true and correct.**

Dated:  ___07/22/2026___

_Michael L. Zolilly_ _____
Debtor

_____
Joint Debtor

COMPLETE ADDITIONAL PAGES AS NECESSARY

## RESOLUTION AUTHORIZING FILING OF
## CHAPTER 11 PETITION AND RELATED ACTIONS

### Magellan Aerospace, Middletown, Inc.,
### an Ohio corporation

The undersigned, being all of the members of the Board of Directors (the "Directors") of Magellan Aerospace, Middletown, Inc., an Ohio corporation (the "Company") do hereby consent to and adopt the following resolutions (this "Resolution"), in lieu of a meeting of the Directors, pursuant to the Company's code of regulations and the provisions of Section 1701.54 of the Ohio Revised Code, as of this 21st day of July 2026:

**WHEREAS**, in light of the Company's current financial condition, the Directors, officers, employees and other agents of the Company (collectively, the "Company Persons"), together with the Company's professional advisors, have investigated, discussed and considered all options for addressing the Company's financial challenges and have concluded that it is in the best interests of the Company, its creditors, employees and other interested parties that a petition be filed by the Company seeking relief under the provisions of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"); and

**WHEREAS**, the Directors have determined that it is in the best interests of the Company, its creditors, employees and other interested parties to authorize the Company Persons to oversee and manage the day-to-day business operations and all matters pertaining to the administration of the Chapter 11 case.

**NOW, THEREFORE, BE IT RESOLVED**, that in the judgment of the Company Persons, it is desirable and in the best interests of the Company, its creditors, employees and other interested parties that a petition be filed by the Company seeking relief under the Bankruptcy Code; and it is further

**RESOLVED**, that the filing by the Company of a voluntary petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Ohio (the "Bankruptcy Court") is hereby authorized and approved in all respects; and it is further

**RESOLVED**, that Michael I. Goldberg, in his capacity as a member of the Board's independent committee (in such capacity, the "Independent Director"), is hereby authorized, empowered and directed, in the name and on behalf of the Company, to execute and verify a petition on behalf of the Company under Chapter 11 of the Bankruptcy Code and to cause the same to be filed in the Bankruptcy Court at such time as shall be determined; and it is further

**RESOLVED**, that Manatt, Phelps & Phillips, LLP ("Manatt") and FBT Gibbons LLP ("Gibbons") be, and hereby are, authorized, directed, and empowered to represent the Company as restructuring and bankruptcy counsel and to assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights, including the preparation of pleadings, motions and all other filings in the Chapter 11 case; and in connection therewith, the Company Persons be, and hereby are, authorized, directed, and empowered, on

- 1 -

behalf of and in the name of the Company, to execute appropriate retention agreements, pay appropriate retainers prior to the filing of the Chapter 11 case, and to cause to be filed appropriate applications for authority to retain the services of Manatt and Gibbons; and it is further

**RESOLVED**, that Rock Creek Advisors, LLC ("Rock Creek"), be, and hereby is, authorized, directed, and empowered to serve as the Company's financial restructuring adviser and sales agent to represent and assist the Company in carrying out its duties under the Bankruptcy Code and to take any and all actions to advance the Company's rights and obligations in connection with the Chapter 11 case; and in connection therewith, the Company Persons be, and hereby are, authorized, directed, and empowered, on behalf of and in the name of the Company, to execute appropriate retention agreements, pay appropriate retainers, if required, prior to the filing of the Chapter 11 case, and to cause to be filed an appropriate application for authority to retain the services of Rock Creek ; and it is further

**RESOLVED**, that Stretto, Inc. ("Stretto"), be, and hereby is, authorized, directed, and empowered to represent the Company as claims and noticing agent to represent and assist the Company in carrying out its duties under the Bankruptcy Code and to take any and all actions to advance the Company's rights and obligations in connection with the Chapter 11 case; and in connection therewith, the Company Persons be, and hereby are, authorized, directed, and empowered, on behalf of and in the name of the Company, to execute appropriate retention agreements, pay appropriate retainers, if required, prior to the filing of the Chapter 11 case, and to cause to be filed an appropriate application for authority to retain the services of Stretto; and it is further

**RESOLVED**, that the Company Persons be, and hereby are, authorized, directed, and empowered, on behalf of and in the name of the Company to employ any other individual and/or firm as professionals, consultants, financial advisors or investment bankers to the Company as are deemed necessary to represent and assist the Company in carrying out its respective duties under the Bankruptcy Code and achieving a successful reorganization, and in connection therewith, the Company Persons be, and hereby are, authorized, directed, and empowered, on behalf of and in the name of the Company to execute appropriate retention agreements, pay appropriate retainers prior to the filing of the Chapter 11 case, and to cause to be filed appropriate applications for authority to retain the services of such firms; and it is further

**RESOLVED**, that the Company Persons be, and hereby are, authorized and empowered to oversee and manage the day-to-day business operations of the Company and all matters pertaining to the administration and prosecution of the Chapter 11 case, including, without limitation, (a) the management of the Company's day-to-day business operations, (b) the retention and supervision of professionals engaged by the Company, (c) all dealings with the Bankruptcy Court, creditors, any official or unofficial committees, the United States Trustee, and other parties in interest, (d) the execution and delivery of any and all agreements, instruments, motions, applications, and other documents on behalf of the Company, and (e) such other actions as may be deemed necessary, proper, or desirable in connection with the restructuring, reorganization, or orderly liquidation of the Company; provided, however, that only the Independent Director shall have sole and absolute discretion, authority, and right to review, evaluate, negotiate, and have final binding determination, not to be overridden by any officer, director, or the Board, over the

- 2 -

Company's entering into and becoming party to any intercompany, affiliated-party, or other related-party transactions, in each case subject to the oversight and ultimate authority of the applicable provisions of the Bankruptcy Code and orders of the Bankruptcy Court; and it is further

**RESOLVED**, that the Company Persons be, and hereby are, authorized, empowered and directed, in the name and on behalf of the Company, to take any and all actions and to execute and file all petitions, schedules, motions, lists, applications, pleadings and other papers and, in that connection, to employ and retain all assistance by legal counsel, accountants, financial advisors, liquidators and other professionals, and to take and perform any and all further acts and deeds deemed necessary, proper or desirable in connection with the successful prosecution of the Chapter 11 case and any matters related thereto, including, without limitation, actions relating to the preservation and operation of the Company's business, the protection and maximization of the value of the Company's estate, communications and negotiations with creditors and other parties in interest, and compliance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, applicable local rules, and any orders of the Bankruptcy Court; and it is further

**RESOLVED**, that the Company Persons be, and hereby are, authorized, empowered and directed, in the name and on behalf of the Company, to enter into, execute, deliver, certify, file and/or record, and perform such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates or other documents for the preservation of such entities and/or the value of the estate, and to take such action as in the judgment of such Company Person shall be or become necessary, proper and desirable to effectuate the restructuring, reorganization, sale, or orderly liquidation of the Company's assets, as applicable; and it is further

**RESOLVED**, that the Independent Director be, and hereby is, authorized, directed, and empowered, in the name and on behalf of the Company, to negotiate, enter into, execute, deliver, and perform any debtor-in-possession financing agreements, credit agreements, notes, security agreements, guarantees, cash collateral agreements, budgets, borrowing base certificates, fee letters, commitment letters, intercreditor agreements, amendments, waivers, consents, and any and all related documents, instruments, certificates, and agreements, and to seek any necessary approvals of the Bankruptcy Court in connection therewith, as the Independent Director may deem necessary, advisable, proper, or desirable to obtain financing, use cash collateral, provide adequate protection, grant liens or superpriority claims, and otherwise fund and preserve the Company's operations during the Chapter 11 case; and it is further

**RESOLVED**, that any and all past actions heretofore taken by any Company Person in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed and approved in all respects, as if approved prior to taking such action; and it is further

**RESOLVED**, that this Resolution shall serve in lieu of a special meeting of the Directors of the Company, no further approval or other action shall be required and each of the undersigned hereby waives any requirement of notice of a meeting; and it is further

- 4 -

**RESOLVED,** that this Resolution may be executed electronically and in any number of counterparts, each of which shall be deemed an original and all of which taken together shall constitute one and the same instrument.

[*Signature Page Follows*]

- 4 -

**IN WITNESS WHEREOF**, the undersigned, each being a Director of the Company, has executed this Resolution as of July 21, 2026.

_Michael Goldberg_
Michael Goldberg (Jul 21, 2026 16:17:24 EDT)

Michael I. Goldberg
Director

Daniel Chaisson
Director

Richard Doyle
Director

Phil Underwood (Jul 21, 2026 22:56:25 GMT+1)

Phillip C. Underwood
Director

[Signature Page]

# Rule 1074 Corporate Resolution - Middletown (002)

Final Audit Report                                                        2026-07-21

| | |
|---|---|
| Created: | 2026-07-21 |
| By: | Elena Milantoni (elena.milantoni@magellan.aero) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAFAscF5NHa5QzmQ07uFGgU0miT3h7Fuhy |

## "Rule 1074 Corporate Resolution - Middletown (002)" History

📄 Document created by Elena Milantoni (elena.milantoni@magellan.aero)
2026-07-21 - 7:45:28 PM GMT

✉ Document emailed to Michael Goldberg (michael@sonaram.com) for signature
2026-07-21 - 7:45:33 PM GMT

✉ Document emailed to Dan Chaisson (dan.chaisson@magellan.aero) for signature
2026-07-21 - 7:45:33 PM GMT

✉ Document emailed to Rick Doyle (richard.doyle@magellan.aero) for signature
2026-07-21 - 7:45:33 PM GMT

✉ Document emailed to Phil Underwood (phil.underwood@magellan.aero) for signature
2026-07-21 - 7:45:34 PM GMT

📄 Email viewed by Rick Doyle (richard.doyle@magellan.aero)
2026-07-21 - 7:46:25 PM GMT

✒ Document e-signed by Rick Doyle (richard.doyle@magellan.aero)
Signature Date: 2026-07-21 - 7:47:01 PM GMT - Time Source: server - Signature Appearance Selected: IMAGE

📄 Email viewed by Michael Goldberg (michael@sonaram.com)
2026-07-21 - 8:11:39 PM GMT

✒ Document e-signed by Michael Goldberg (michael@sonaram.com)
Signature Date: 2026-07-21 - 8:17:24 PM GMT - Time Source: server - Signature Appearance Selected: TYPE

📄 Email viewed by Dan Chaisson (dan.chaisson@magellan.aero)
2026-07-21 - 8:22:16 PM GMT

![Adobe Acrobat Sign] Adobe Acrobat Sign

Document e-signed by Dan Chaisson (dan.chaisson@magellan.aero)

Signature Date: 2026-07-21 - 8:23:39 PM GMT - Time Source: server - Signature Appearance Selected: IMAGE

Email viewed by Phil Underwood (phil.underwood@magellan.aero)

2026-07-21 - 9:55:01 PM GMT

Document e-signed by Phil Underwood (phil.underwood@magellan.aero)

Signature Date: 2026-07-21 - 9:56:25 PM GMT - Time Source: server - Signature Appearance Selected: MOBILE_DRAW

Agreement completed.

2026-07-21 - 9:56:25 PM GMT

**Adobe Acrobat Sign**

United States Bankruptcy Court
Southern District of Ohio
Western Division

In re:  Magellan Aerospace, Middletown, Inc.                Case No.

                                                           Chapter    11
                    Debtor(s)

## Verification of Creditor Matrix

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:  _____July 22, 2026_____          _____
                                        Signature of Debtor

                                        _____
                                        Signature of Joint Debtor

0538-00 DFAS Navy
8899 East 56th Street
Indianapolis, IN 46249

Aaron Frudenfeld
c/o Craig Frudenfeld
6170 S Dove Crest Lane
Coeur d'Alene, ID 83814

Accu-Chek LLC
1015 Old Forest Road NW
Corydon, IN 47112

Adept Fasteners, Inc.
P.O. Box 579
Santa Clarita, CA 91310

ADP, Inc.
1 ADP Boulevard
Roseland, NJ 07068

Air Components, Inc.
10235 Indiana Court
Rancho Cucamonga, CA 91730

Alexander Frudenfeld
c/o Craig Frudenfeld
6170 S Dove Crest Lane
Coeur d'Alene, ID 83814

Alro Metals Outlet - Cincinnati, OH
9800 Princeton Glendale Road
West Chester, OH 45246

Amazon.com, Inc.
P.O. Box 035184
Seattle, WA 98124

American International Group (AIG)
1271 Avenue of the Americas
New York, NY 10020

Angela Zdobinski
8538 State Route 726
El Dorado, OH 45321

1

Arba, Inc.
3470 Randolph Street
Huntington Park, CA 90256

Arcina Risk Group
835 Wilshire Boulevard, Suite 400
Los Angeles, CA 90017

Associated Aero Science Laboratories, Inc.
c/o The Corporation Company
13th Floor Florida Title Bldg
110 W. Forsyth Street
Jacksonville, FL 32202

ASTM International
100 Barr Harbor Drive
West Conshohocken, PA 19428

Atlantic Specialty Insurance Company (ASIC)
One State Street Plaza Floor 31
New York, NY 10004

Avantor, Inc.
800 E. Fabyan Parkway
Batavia, IL 60510

AXA XL
677 Washington Boulevard
10th Floor, Suite 1000
Stamford, CT 06901

Baranski Rentals
c/o John Baranski
248 Euclid Avenue
San Diego, CA 92114

Beazley Group
c/o The Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

Belt Grinding Accessories, Inc.
20200 Cornillie Drive
Roseville, MI 48066

2

Berkshire Hathaway Specialty Insurance Company
100 Federal Street, 7th Floor
Boston, MA 02110

Bigfoot Shotcrete and Pumping Inc.
1541 San Altos Place
Lemon Grove, CA 91945

Bisco Industries, Inc.
4665 Cornell Road
Cincinnati, OH 45241

Bodycote (Dba Ellison Surface Technologies)
P.O. Box 208705
Dallas, TX 75320

Boeing Commercial Airplanes
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

Boeing Distribution Services
88289 Expedite Way
Chicago, IL 60695

Brittain Industries, Inc.
3266 N Sheridan Road
Tulsa, OK 74115

Brownline, a Division of Brooks & Perkins, Inc.
c/o James D. Underwood
125 North Vineland Avenue
City of Industry, CA 91746

Budde Sheet Metal Works, Inc.
305 Leo Street
Dayton, OH 45404

California Department of Toxic Substances Control
c/o Jamie Ku, Office of Legal Counsel
1001 I Street, MS 23A
Sacramento, CA 95814

3

California Metal Products, Inc.
c/o Dixon Hall
2530 Skypark Drive
Torrance, CA 90505

Canadian Imperial Bank of Commerce
Floor 22, 141 Bay Street
Toronto, ON, M5J 0G3

Capps Manufacturing, Inc.
2121 South Edwards Street
Wichita, KS 67213

Celestron Acquisition, LLC
c/o Registered Agent Solutions, Inc.
838 Walker Road Suite 21-2
Dover, DE 19904

Celestron, LLC
2835 Columbia Street
Torrance, CA 90503

Chemicals, Inc.
270 Osborne Drive
Fairfield, OH 45014

Chubb Insurance Company
Bärengasse 32
8001 Zurich
Switzerland

Cintas Corporation
P.O. Box 630803
Cincinnati, OH 45262

Cintas First Aid & Safety
P.O. Box 631025
Cincinnati, OH 45263

Citibank, N.A.
c/o C T Corporation System
28 Liberty Street
New York, NY 10005

4

City National Bank
555 S Flower Street
Los Angeles, CA 90071

City of Middletown – Water Services
One Donham Plaza
Middletown, OH 45042

City of Torrance, CA
c/o Richard Montevideo, Rutan & Tucker
18575 Jamboree Road 9th Floor
Irvine, CA 92612

Claris International, Inc.
One Apple Park Way
Cupertino, CA 95014

CNA Insurance
1 North Franklin Street, Floor 9
Chicago, IL 60606

Coast Trailer Manufacturing Co.
c/o Federal Insurance Co.
202B Hall's Mill Road
Whitehouse Station, NJ 08889

Collins Aerospace (Sundstrand)
Four Coliseum Centre
2730 West Tyvola Road
Charlotte, NC 28217

Continental Casualty Company
c/o Corporate Tax
151 North Franklin Street, 12th Floor
Chicago, IL 60606

Craig Communications, Inc.
1900 Powell Street, Suite 700
Emeryville, CA 94608

Craig Fairfield
6170 S Dove Crest Lane
Coeur d'Alene, ID 83814

Crown Plastics
37625 Sycamore Street
Newark, CA  94560


CT Corporation System
c/o Esterline Technologies Corporation
500 108th Avenue NE, Suite 1500
Bellevue, WA 98004


CT Security Services
2264 Ross States Drive
Hamilton, OH 45013


Custom Design Benefits
5589 Cheviot Road
Cincinnati, OH 45247


D.A. Messenger, J. L. Heuer, Adkins Family Trust Trustees
24777 Crenshaw Boulevard
Torrance, CA 90505


Dasco Engineering Corporation
c/o Law Offices of William J. Beverly
3424 Carson Street, Suite 400
Torrance, CA 90503


DCH TL Holdings, LLC (Formerly Raamco Motors, Inc.)
c/o The Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801


Dell, Inc.
c/o Dell USA L.P.
P.O. Box 643561
Pittsburgh, PA 15220


Design Acoustics, Inc.
c/o James A. Hopkinson
6 City Center, Suite 400
Portland, ME 04101


DFAS-Columbus Center
3990 E. Broad Street, Building 21
Columbus, OH  43213


6

Donnellon McCarthy Enterprises
10855 Medallion Drive
Cincinnati, OH 45241

Duke Energy (Payment Processing)
P.O. Box 1094
Charlotte, NC 28201

Edward H. Cahill
Office of The United States Trustee
200 North High Street, Suite 309
Columbus, OH 43215

EGAT LCC
c/o Michael J. Weiss
14003 Misty Knoll Lane
Hagerstown, MD 21742

Elevated Industrial Solutions
3801 E. Florida Avenue
Denver, CO 80210

Everest Insurance Company
Group: Seon Place, 4th Floor
141 Front Street, P.O. Box HM 845
Hamilton HM 19, Bermuda

Excellon Technologies, Inc.
c/o Bailey Su
20001 S. Rancho Way
Rancho Dominguez, California 90220

Expert Pay
P.O. Box 182372
Columbus, OH 43218

Federal Insurance Company (ERISA)
202B Hall's Mill Road
Whitehouse Station, NJ 08889

Fedex Freight Priority
P.O. Box 223125
Pittsburgh, PA 15251

7

Fidelity 401k
P.O. Box 770001
Cincinnati, OH 45277

Flow International Corporation
23500 64th Avenue South
Kent, WA 98032

Fusion
390 N Broadway Street
Huntington, IN 46750

Future Metals
10401 State Street
Tamarac, FL 33321

Generator Systems, LLC
2246 Port Center
Medina, OH 44256

Giltsch Manufacturing Co.
Koch-Glitsch LP
4111 E. 37th Street North
Wichita, KS 67220

Golf Tech, Inc
c/o S P Simmons
8640 Pearblossom Highway
Littlerock, CA 93543

Gould-Bass Company, Inc.
1431 W. Second Street
Pomona, CA 91766

Gray Hydraulic Repair
P.O. Box 326
Middletown, OH 45042

Guardian
P.O. Box 824404
Philadelphia, PA 19182

Hathaway Stamp & Identification
304 East 8th Street
Cincinnati, OH 45202

Hexagon Manufacturing Intelligence
Lockbox 771742
1742 Solutions Center
Chicago, IL 60677

Highspring LLC
P.O. Box 667
Brentwood, TN 37024

Hi-Shear Corp.
c/o Jeff Poole, Hamrick & Evans
2600 W. Olive Avenue, Suite 1020
Burbank, CA 91505

Horkey-Moore Associates
c/o HF Corporate
203 W. Artesia Boulevard
Compton, CA 90220 U.S.A

Howmet Aerospace, Inc.
c/o The Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

IAM Local 2535 (Accounting Department)
9000 Machinists Place
Upper Marlboro, MD 20772

IAM National Pension Fund
99 M Street S.E.
Washington, D.C. 20003

ILobby Corp.
Suite 1500, 5255 Yonge Street
North York, Ontario M2N 5P8, Canada

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

International Products, Inc.
616 Congress Avenue
Austin, TX 78701

9

Intertek USA, Inc.
801 Travis Street
Houston, TX 77002

Johnson & Strutzel Co.
c/o Federal Insurance Company
202B Hall's Mill Road
Whitehouse Station, NJ 08889

Johnson & Strutzel, d/b/a Mayflower Trailer
c/o Federal Insurance Company
202B Hall's Mill Road
Whitehouse Station, NJ 08889

Joshmo, LLC
4380 SW Macadam Avenue, Suite 183
Portland, OR 97239

Karla Frudenfeld
c/o Craig Frudenfeld
6170 S Dove Crest Lane
Coeur d'Alene, ID 83814

KCH Transportation Inc.
P.O. Box 96571
Charlotte, NC 28296

Key High Vacuum Products, Inc.
36 Southern Boulevard
Nesconset, NY 11767

Kodiak KC Marketing, LLC
5353 Spring Grove Avenue
Cincinnati, OH 45217

L&F Industries, Inc.
c/o Joseph Macha, Wilson Elser
Moskowitz Edelman & Dicker LLP
555 S. Flower Street, Suite 2900
Los Angeles, CA 90071

Lamb & Kawakami, LLP
c/o Patrick Rendon
229 Avenue I Suite 200
Redondo Beach, CA 90277

Lauri Cook, as custodian for Marina Cook

10

Life Deck Coating Installations
770 Gateway Center Drive
San Diego, CA 92102

Logikor Inc.
58 Grand Avenue South
Cambridge, Ontario N1S 0B7, Canada

Los Angeles Regional Water Quality Control Board
c/o Renee Purdy
320 West Fourth Street, Suite 200
Los Angeles, CA 90013

Lyman E. Eddy Company
c/o Dixon Hall
2570 Via Sonoma
Palos Verdes Est, CA 90274

Magellan Aerospace, USA, Inc.
20 Computer Drive
Haverhill, MA 08132

Marina Cook

Market Creek Plaza, LLC
c/o Selena Ellis-Vizcarra
404 Euclid Avenue
San Diego, CA 92114

Matheson Tri-Gas, Inc.
2881 Tylersville Road
Hamilton, OH 45015

McDonald's Corporation
c/o The Prentice-Hall Corp. System, Inc.
251 Little Falls Drive
Wilmington, DE 19808

McMaster-Carr Supply Company
600 N County Line Road
Elmhurst, IL 60126

MDI Of Wisconsin Inc. Dba APTYX
2685 Universal Street
Oshkosh, WI 54904

11

Metro Machine Works, Inc.
11977 Harrison Road
Romulus, MI 48174

Middle River Marine LLC
c/o Incorp Services, Inc.
901 S 2nd Street Suite 201
Springfield, IL 62704

MK Environmental
765 Springer Drive
Lombard, IL 60148

Mound Manufacturing Center, Inc.
33 Commerce Park Drive
Dayton, OH 45404

MPM Products
1718 E Grevillea Court
Ontario, Canada 91761

MSC Industrial Direct Co., Inc.
4738 Payne Avenue
Dayton, OH 45414

Narco Scientific, Inc.
c/o The Corporation Trust Co.
1209 Orange Street
Wilmington, DE 19801

Nationwide Insurance
One Nationwide Plaza
Columbus, OH 43215-2220

NDS Products, Inc.
111 Anderson Street
Pasadena, TX 77506

Office of the Assist. Secretary of Army Fin. Mngmt & Comptr.
109 Army Pentagon
Washington, DC 20310-0109

Ohio Bureau of Workers' Compensation: Ohio St. Ins. Fund
30 W. Spring Street
Columbus, OH 43215-2256

12

Ohio Dept. of Commerce, Div. of Industrial Compliance
6606 Tussing Road
P.O. Box 4009
Reynoldsburg, OH 43068

Ohio Dept. of Health Accounts Receivable Unit
246 North High Street
Columbus, OH 43215

Partners Personnel Management Services LLC
3820 State Street, Suite B
Santa Barbara, CA 93105

Plasma Technology, Inc.
1754 Crenshaw Boulevard
Torrance, CA 90501

Platinum Business Park, LLC
c/o Rajat Bhattacharya
2430 Amsler Street, Suite B
Torrance, CA 90505

Polymet Corporation
7397 Union Centre Boulevard
West Chester, OH 45014

Positive Investments, Inc.
c/o Rao R. Yalamanchili
610 N. Santa Anita Avenue
Arcadia, CA  91006

PPG Aerospace
6022 Corporate Way
Indianapolis, IN 46278

Precision Aerospace Corporation
11155 Jersey Boulevard
Rancho Cucamonga, CA 91730

Principal - 409A
P.O. Box 603516
Charlotte, NC 28262

Prudential Group Insurance - 84388
P.O. Box 101241
Atlanta, GA 30392

13

Prudential Insurance Company of America
751 Broad Street
Newark, NJ 07102

Quadient
478 Wheelers Farms Road
Milford, CT 06461

R.G. Harris Co.
31479 Pacific Coast Highway
Malibu, CA 90265

Radius Aerospace Inc.
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

Raytheon Technologies Corp.
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

R-Con NDT
5605 Freitag Drive
Menomonie, WI 54751

Recreational Vans, Inc.-
15243 Vanowen Street Room 310
Van Nuys, CA 91405

Residents of Aptmts Owned by Positive Investments, Inc.
c/o Rao R. Yalamanchili
610 N. Santa Anita Avenue
Arcadia, CA  91006

RHI Holdings, Inc.
c/o The Prentice-Hall Corp. System, Inc.
251 Little Falls Drive,
Wilmington, DE 19808

Ring-O-Steel Corporation
c/o Dixon Hall
2570 Via Sonoma
Palos Verdes Estates, CA 90274

14

Robert G. Harris
c/o R.G. Harris Co.
31479 Pacific Coast Highway
Malibu, CA 90265

Robinson Helicopter Co.
c/o Brian Ledger, Gordon Rees
101 W. Broadway, Suite 2000
San Diego, CA  92101

Rolled Alloys, Inc.
4085 Thunderbird Lane
Fairfield, OH 45014

Rolls-Royce North American Technology
2059 South Tibbs Avenue
Indianapolis, IN 46241

S.B.L. Auto, Inc., d/b/a South Bay Lexus
c/o James P Barone
3737 Birch Street Suite 400
Newport Beach, CA 9266

Safran Nacelles Group
Route du Pont VIII - BP 91
76700 Gonfreville-l'Orcher, France

Satair A/S
c/o Airbus Americas Inc.
2550 Wasser Terrace, Suite 9100
Herndon, VA 20171

SBL Properties, LLC
c/o Jerry Heuer
24777 Crenshaw Blvd
Torrance, CA 90505

Schaller Corporation
49495 Gratiot Avenue
Chesterfield, MI 48051

Seacast, Inc.
6130 31st Avenue NE
Marysville, WA 98271

15

Security Fence Group, Inc.
4260 Dane Avenue
Cincinnati, OH 45223


Sherwin, Inc.
5530 Borwick Avenue
South Gate, CA 90280


Short Brothers PLC
2 Airport Road
Belfast, BT3 9DZ
United Kingdom


Sigmaxl, Inc.
305 King Street West
Kitchener, Ontario N2G 1B9, Canada


Solaray Inc.,
Nutraceutical International Corporation
222 S. Main Street
Salt Lake City, UT 84101


Space Exploration Technologies
1 Rocket Road
Starbase, TX 78521


Spectro-UV, LLC
4 Dubon Court
Farmingdale, NY 11735


Spirit Aerospace (Bombardier/Short Bros)
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808


St. Mary's Tool & Die
504 Floral Avenue
Troy, OH 45373


STE MRAS LLC (Form. MRA Systems, LLC)
c/o CSC-Lawyers Incorporating Service Co.
7 St. Paul Street, Suite 820
Baltimore, MD 21202


Stoke Space Technologies, Inc.
Capitol Services, Inc., 108 Lakeland Ave
Dover, DE 19901


16

Super Systems, Inc.
7205 Edington Drive
Cincinnati, OH 45249

Supply Post Business Products
11365 Deerfield Road
Cincinnati, OH 45242

TC Specialties, Inc.
460 Industrial Way
Placentia, CA 92870

Tech Met, Inc.
15 Allegheny Square
Glassport, PA 15045

The Boeing Company
c/o Corporation Service Company
251 Little Falls Drive,
Wilmington, DE 19808

The estate of Elisabeth P. Frudenfeld
c/o Alice Charkhchyan
Wood, Smith, Henning and Berman LLP
10960 Wilshire Boulevard, 18th Floor
Los Angeles, CA 90024

The estate of Elisabeth P. Frudenfeld
c/o Thomas F. Vandenburg
Wood, Smith, Henning & Berman LLP
505 North Brand Boulevard, Suite 1100
Glendale, CA 91203

The estate of James R. Strutzel
c/o Federal Insurance Company
202B Hall's Mill Road
Whitehouse Station, NJ 08889

The estate of Karl Frudenfeld
c/o Alice Charkhchyan
Wood, Smith, Henning and Berman LLP
10960 Wilshire Boulevard, 18th Floor
Los Angeles, CA 90024

17

The estate of Karl Frudenfeld
c/o Thomas F. Vandenburg
Wood, Smith, Henning & Berman
505 North Brand Boulevard, Suite 1100
Glendale, CA 91203

The estate of Martin Giltsch Jr.
c/o Giltsch Manufacturing Co.
Koch-Glitsch LP
4111 E. 37th Street North
Wichita, KS 67220

The estate of Virgil C. Johnson
c/o Federal Insurance Company
202B Hall's Mill Road
Whitehouse Station, NJ 08889

The Golf Factory, Inc.
c/o CSC Lawyers
2710 Gateway Oaks Drive Suite 150N
Sacramento, CA 95833

The Hartford Insurance Group, Inc.
690 Asylum Avenue
Hartford, CT 06155

The Reynolds Group
520 W. 1st Street
Tustin, CA 92781

The Trustees of Certain Frederick & Margaret Sutton Trust

The Trustees of Trust btwn K. Frudenfeld & E. P. Frudenfeld
c/o Thomas F. Vandenburg
Wood, Smith, Henning & Berman
505 North Brand Boulevard, Suite 1100
Glendale, CA 91203

The Trustees of Trust btwn K. Frudenfeld & E. P. Frudenfeld
c/o Alice Charkhchyan
Wood, Smith, Henning and Berman LLP
10960 Wilshire Boulevard, 18th Floor
Los Angeles, CA 90024

18

Thompson Hine LLP
c/o Louis F. Solimine
312 Walnut Street, Suite 2000
Cincinnati, OH 45202

T-Mobile
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

Triec Electrical Services, Inc.
1630 Progress Drive
Springfield, OH 45505

TriMech Enterprise Solutions Corp., Form. Adaptive Corp.
4991 Lake Brook Drive
Glen Allen, VA 23060

Turning Point Capital, LLC
c/o Zhi Peng Lu
114 Cuesta Drive
Los Altos, CA 94022

UMR, Inc.
115 West Wausau Avenue
Wausau, WI 54401

United Performance Metals
P.O. Box 934502
Atlanta, GA 31193

University Of Louisville
2215 S. Brook Street
Louisville, KY 40208

UPS - Delivery Service
P.O. Box 809488
Chicago, IL 60680

Vac Aero International, Inc.
1365 Rue Newton
Boucherville, Quebec J4B 5H2, Canada

Verizon
c/o The Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

19

Victor Insurance Managers LLC
7700 Wisconsin Avenue, Suite 400
Bethesda, MD 20814

W.R. Davis Engineering Ltd.
1260 Old Innes Road
Ottawa, Ontario
Canada, K1B 3V3

W.W. Grainger, Inc.
8700 Lesaint Drive
Fairfield, OH 45014

Wells Fargo Bank, N. A., trustee of Frudenfeld Living Trust
c/o Thomas F. Vandenburg
Wood, Smith, Henning & Berman LLP
505 North Brand Boulevard, Suite 1100
Glendale, CA 91203

Wells Fargo Bank, N. A., trustee of Frudenfeld Living Trust
c/o Alice Charkhchyan
Wood, Smith, Henning and Berman LLP
10960 Wilshire Boulevard, 18th Floor
Los Angeles, CA 90024

Wendi Frudenfeld
c/o Craig Frudenfeld
6170 S Dove Crest Lane
Coeur d'Alene, ID 83814

Wesco Aircraft
220B Glen Cove Avenue
Glen Cove, NY 11542

Wilmar Electronics, Inc.
c/o Zev Heifetz
2430 Amsler Street
Torrance, CA 90505

Wolter, Inc.
7401 Bridgewater Road
Huber Heights, OH 45424

X-Ray Industries, Inc.
5700 Crooks Road
Troy, MI 48084

20

Zoro Tools, Inc.
500 W. Madison Street
Chicago, IL 60661

Zurich American Insurance Company
1299 Zurich Way
Schaumburg, IL 60196

21