**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MAGELLAN AEROSPACE, | ) | Case No. 26-11937 |
| MIDDLETOWN, INC. | ) | |
| | ) | Hon. Beth A. Buchanan |
| Debtor. | ) | |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that the undersigned hereby enter his appearance in these proceedings on behalf of and as counsel of record for Magellan Aerospace USA, Inc. and, pursuant to Bankruptcy Rules 2002, 9007 and 9010, and 11 U.S.C. §§ 102(1), 342 and 1109(b), requests that copies of all notices, applications, motions, petitions, pleadings, orders, filings and other mailings and documents given or required to be given in this case or in any related adversary proceeding be given and served upon:

Louis F. Solimine, Esq.
THOMPSON HINE LLP
312 Walnut Street, Suite 2000
Cincinnati, OH  45202-4029
Tel: (513) 352-6700
Fax: (513) 241-4771 (fax)
Louis.Solimine@Thompsonhine.com

**PLEASE TAKE FURTHER NOTICE THAT** neither this Notice of Appearance and Request for Service nor any former or later subsequent appearance, pleading, claim or suit is intended to confer the jurisdiction of this Bankruptcy Court over the aforesaid party in interest or to waive:  (i) any right to have final orders in non-core matters entered only after <u>de novo</u> review by the United States District Court for the Southern District of Ohio (the "District Court"); (ii) any right to trial by jury in any proceeding so triable herein or in any case, controversy or

proceeding related hereto; (iii) any right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs or recoupments to which the aforesaid party in interest is or may be entitled under agreements, at law, or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments hereby are expressly reserved.

Dated: July 22, 2026

/s/*Louis F. Solimine*_____
Louis F. Solimine
THOMPSON HINE LLP
312 Walnut Street, Suite 2000
Cincinnati, Ohio  45202-4029
(513) 352-6700
(513) 241-4771 (fax)
Louis.Solimine@Thompsonhine.com

*Attorneys for Magellan Aerospace USA, Inc.*

## CERTIFICATE OF SERVIC

I hereby certify that a copy of the foregoing Notice of Appearance and Request for Service was served this 22nd day of July, 2026 electronically via CM/ECF.

/s/ *Louis F. Solimine*_____

4916-1770-9246.1